# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW FALLOWS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-0577** |
| | : | |
| **DONALD TRUMP,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of April, 2025, in light of *pro se* Plaintiff Andrew Fallows's failure to comply with the February 4, 2025 Order issued in this case (ECF No. 3), it is hereby **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/*   **Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg,       J.**